**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOYCE A. MILLER, | ) | Filed at 4:00 P.M. |
| | ) | DATE 8/17/04 |
| Plaintiff, | ) | /s/ McCain |
| | ) | DEPUTY CLERK, U.S. DISTRICT COURT |
| vs. | ) | MIDDLE DISTRICT OF GEORGIA |
| | ) | CIVIL ACTION |
| SEARS, ROEBUCK AND CO., | ) | FILE NO. 04: CV-118-1-WDO |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss her claims against Defendant Sears, Roebuck and Co. Defendant has consented to the dismissal of Plaintiff's claims. It further appears from Plaintiff's Complaint that she received her Notice of Right to Sue in this matter from the Equal Employment Opportunity Commission on January 23, 2004 (i.e., greater than 180 days ago).

Therefore, IT IS HEREBY ORDERED that Plaintiff's voluntary Motion to Dismiss is GRANTED and that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

4

So ordered, this ___17th___ day of ___August___, 2004.

_____
U.S. DISTRICT JUDGE

ENTERED ON DOCKET
8-17         , 04
Gregory J. Leonard, Clerk
_____
Deputy Clerk

Prepared and submitted by:

David Long-Daniels
C. Matthew Smith
GREENBERG TRAURIG, LLP
The Forum – Suite 400
3290 Northside Parkway
Atlanta, Georgia  30327
(678) 553-2100
(678) 553-2212 - fax

5